# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Verna Curry,

Plaintiff(s),

v.

City of Chicaog Department of Revenue,

Defendant(s).

Case No. 10 cv 7153
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

    which ☐ includes       pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) City of Chicago Department of Revenue
and against plaintiff(s) Verna Curry

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion for summary judgment.


Date: 6/17/2014                                     Thomas G. Bruton, Clerk of Court

                                                                                    /s/ Theresa Kinney , Deputy Clerk